UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | No. 2:19-cv-2102 KJM CKD P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 14.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 15.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed December 9, 2020 (ECF No. 14), are adopted

3 in full;

4       2.  This action is dismissed with prejudice in accordance with the settlement agreement in

5 *Bland v. Badger*, 1:19-cv-0702 DAD EPG; and

6       3.  The clerk of court is directed to close this case.

7 DATED:  January 25, 2021.

                                                                                   CHIEF UNITED STATES DISTRICT JUDGE